# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
    CLERK

TEL:  414-297-3372
*www.wied.uscourts.gov*

June 4, 2026

Reuben R Bauer
Ronald J Aranoff
Wollmuth Maher & Deutsch LLP
500 5th St
New York, NY 10110

Re:    Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
       **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court.  Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
*www.wied.uscourts.gov*

June 4, 2026

Thomas J Clark
Burns Bowen Bair LLP
10 E Doty St Ste 600
Madison, WI 53703

Re:     Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
        **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

June 4, 2026

Simon B Paris
Saltz, Mongeluzzi, & Bendesky
1650 Market St 52nd Fl
Philadelphia, PA 19103

Re: Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
**Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL:  414-297-3372
*www.wied.uscourts.gov*

June 4, 2026

Patrick F Madden
Berger & Montague PC
1818 Market St - Ste 3600
Philadelphia, PA 19103

Re:  Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
**Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court.  Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

June 4, 2026

Mary Ann Giorno Geppert
Spector Roseman & Kodroff
1818 Market St - 25th Fl
Philadelphia, PA 19103

Re:     Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
        **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
   CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

June 4, 2026

Gregory Arenson
Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 3rd Ave - 14th Fl
New York, NY 10022

Re:    Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
      **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
*www.wied.uscourts.gov*

June 4, 2026

John Malkinson
Malkinson & Halpern
33 N Dearborn St STE 1540
Chicago, IL 60602

Re:    Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
       **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
    CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

June 4, 2026

Jenna L Riddle
Godfrey & Kahn SC
833 E Michigan St - Ste 1800
Milwaukee, WI 53202-5615

Re:    Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
      **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
*www.wied.uscourts.gov*

June 4, 2026

William P Creasman
Carney Bates & Pulliam PLLC
519 W 7th St
Little Rock, AR 72201

Re:     Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
        **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
*www.wied.uscourts.gov*

June 4, 2026

David P McLafferty
McLafferty Law Firm
923 Fayette St
Conshohocken, PA 19428

Re: Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
**Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

Very truly yours,

LINDA M. KLEMM
Clerk, U.S. District Court

s/S. Polski
Deputy Clerk

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
*www.wied.uscourts.gov*

June 4, 2026

Avi M Kupfer
Britt M Miller
Daniel K Storino
Mayer Brown LLP
71 S Wacker Dr
Chicago, IL 60606-4637

Re:     Cudahy Dental Associates SC v. Delta Dental of Wisconsin Inc
        **Case No.: 26-cv-995**

Dear Counsel:

The above referenced matter is currently pending before Magistrate Judge Nancy Joseph. Counsel who are not admitted to the Eastern District of Wisconsin or registered for an account on this court's electronic case filing system (ECF) will need to be admitted and registered prior to e-filing with the court. Additionally, counsel will not receive electronic notification of filings until they become registered users.

Please refer to the court's website at www.wied.uscourts.gov for information on attorney admission and ECF registration, as well as the ECF user manual, Local Rules, and specific judicial instructions for litigants.

                        Very truly yours,

                        LINDA M. KLEMM
                        Clerk, U.S. District Court

                        s/S. Polski
                        Deputy Clerk